UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:  STEVEN WAYNE BONILLA

No. 2:24-cv-00261-TLN-KJN

No. 2:24-cv-00262-TLN-KJN

No. 2:24-cv-00263-TLN-KJN

No. 2:24-cv-00264-TLN-KJN

No. 2:24-cv-00265-TLN-KJN

No. 2:24-cv-00266-TLN-KJN

No. 2:24-cv-00307-TLN-KJN

No. 2:24-cv-00308-TLN-KJN

No. 2:24-cv-00309-TLN-KJN

No. 2:24-cv-00310-TLN-KJN

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the undersigned for review.  (*Id.* at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

      The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

      Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00261, 2:24-cv-00262, 2:24-cv-00263, 2:24-cv-00264, 2:24-cv-00265, 2:24-cv-00266, 2:24-cv-00307, 2:24-cv-00308, 2:24-cv-00309, and 2:24-cv-00310 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

      IT IS SO ORDERED.

      Dated:   February 20, 2024

                                        Troy L. Nunley
                                        United States District Judge